DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

17 MARCH 2016

| 437P15-2 | Herman V. Tate v. North Carolina Department of Public Safety | Plt's *Pro Se* Motion to Reconsider Dismissal of Discretionary Review | Dismissed |
|---|---|---|---|
| 440P15 | Lewis Junior Jenkins v. Harnett County District Court, Jacqualyn L. Lee, Judge Faircloth | Plt's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 446A13 | State v. Mario Andrette McNeill | Def's Motion to Bypass the COA | Allowed **03/08/2016** |
| 449P11-13 | State v. Charles Everette Hinton | 1. Petitioner's *Pro Se* Motion to Take Judicial Notice of Adjudicative Facts | 1. |
| | | 2. Petitioner's *Pro Se* Motion for Necessary Joinder of Parties | 2. |
| | | 3. Petitioner's *Pro Se* Motion for Joinder of Claims and Remedies | 3. |
| | | 4. Petitioner's *Pro Se* Motion for Evidentiary Oral Hearing and Findings and Conclusions by the Court | 4. |
| | | 5. Petitioner's *Pro Se* Motion for Inquiry into Restraint on Liberty; Petition for *Writ of Habeas Corpus*; Relief from Judgments | 5. Denied **02/19/2016** |
| | | 6. Petitioner's *Pro Se* Motion for Calendaring Cause | 6. |
| 470P14-2 | N.C. Department of Public Safety v. Carrie J. Tucker | Petitioner's (Respondent Below) PDR Under N.C.G.S. § 7A-31 (COA14-1308) | Denied |
| 471P14 | John Price v. State of N.C. Office of the State Auditor | 1. State's PDR Under N.C.G.S. § 7A-31 (COA14-375) | 1. Denied |
| | | 2. State's Motion for Consolidation | 2. Denied **04/09/2015** |
| | | 3. Petitioner's Motion to Dismiss PDR | 3. Dismissed as moot |
| | | 4. Respondent's Motion for Leave to File Reply Brief to Response to Motion to Dismiss | 4. Dismissed as moot |
| | | 5. Motion to Appear | 5. Denied **08/20/2015** |
| | | | **Ervin, J., recused** |